UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:04 CV 362-H

JAMES H. WILLIAMSON, J.H.
WILLIAMSON COMPANY, LLC.;
CHARLES LEE FERGUSON, JR., EL
PATRICIA FERGUSON, ROBERT
CHARLES FERGUSON, and JESSICA DIXIE
FERGUSON,

                Plaintiffs,

v.

CONSUMER DIRECT OF AMERICA, INC.,
MICHAEL A. BARRON, JOSEPH A. COSIO-
BARRON, and TERRY VICKERY,

                Defendants.

**F I L E D**
**CHARLOTTE, N. C.**

**JUL 26 2004**

**U. S. DISTRICT COURT**
**W. DIST. OF N. C.**

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

J.H. Williamson Company, LLC. who is a Plaintiff makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

              {   } Yes                {X} No

2.     Does party have any parent corporations?

              {   } Yes                {X} No

If yes, identify all parent corporations, including grandparent and great grandparent

corporations:

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other

     publicly held entity?          { } Yes            {X} No

If yes, identify all such owners:

4.    Is there any other publicly held corporation or other publicly held entity that has a direct

financial interest in the outcome of the litigation?

{   } Yes                    {X} No

If yes, identify entity and nature of interests:  N/A


This the 26ᵗʰ day of July, 2004.


John H. Cobb
N.C. Bar No. 17052

Brian A. Kahn
N.C. Bar No. 29291

HELMS MULLISS & WICKER, PLLC
201 North Tryon Street
Charlotte, NC 28202
Tel. 704/343-2000
Fax 704/343-2300

*Attorneys for Plaintiffs,*

2